396 A.2d 822

Commonwealth v. Frost, Appellant.

Argued October 25, 1978. Bernard S. Shire, for appellant; Kenneth J. Yablonski, for appellee, Joella Frost.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

OPINION PER CURIAM: The order of the lower court is vacated and the case is remanded with instructions to the lower court to make findings on the parties' respective

spendable incomes, see *Commonwealth ex rel. Lipsky v. Lipsky*, 214 Pa.Super. 215, 251 A.2d 729 (1969), and to enter a new order consistent with these findings.

VAN der VOORT, J., dissented.